Francis Jankow, an Infant, by Stella Jankow Gorczycza, His Guardian ad Litem, Respondent, v. Giuseppe Ventimiglia and Another, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

Charles E. Quincey & Co., Arbitrage Corporation, Appellant, v. Cities Service Company, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

The People of the State of New York, Respondent, v. Harry J. Levine, Appellant.— Judgment and order unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ. [161 Misc. 336.]

Michael Lypen, Respondent, v. George R. Parker and New York American, Inc., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of Joseph W. Heaney, Petitioner, for an Order against Lewis J. Valentine, Police Commissioner of the City of New York, Respondent.— Determination unanimously confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin P. J., O'Malley, Townley, Dore and Cohn, JJ.

E. S. Lusunov, Respondent, v. The Equitable Life Assurance Society of the United States, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of The City of New York, Relative to Acquiring Title Wherever the Same Has Not Been Heretofore Acquired, for the Same Purpose in Fee, to the Real Property Required for the Opening and Extending of Whitlock Avenue, from the Northerly Side of Leggett Avenue to the Southerly Side of Hunts Point Avenue, in the Borough of The Bronx, City of New York. The City of New York, Appellant; 430 East 59th Street Corporation and Acme Ribbon Mills, Inc., Respondents.— Final decree, so far as appealed from, unanimously affirmed, with costs and disbursements to the respondents. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

Benveneda B. Davis, Respondent, v. The Harriman National Bank and Trust Company of The City of New York, Appellant, Impleaded with Others. — Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

The City of New York, Respondent, v. Wilson & Co., Inc. (a Delaware Corporation), Appellant.— Judgment affirmed, with costs. No opinion. Present Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.; Townley, J., dissents and votes to reverse and grant a new trial.

The People of the State of New York on the Complaint of Thomas Keevan, Respondent, v. Raphaelo Caputo, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

Frederic D. Armstrong, Respondent, v. James M. Duffy, Appellant.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.